JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC LAMONT BRASS, JR., <br>     Petitioner, <br>     v. <br> X. CANO, Warden, <br>     Respondent. | Case No. ED CV 16-2081 AB (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE**.

DATED: February 10, 2017

                HON. ANDRÉ BIROTTE, JR.
                UNITED STATES DISTRICT JUDGE